IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE RODOLFO RIVAS,** | Case No. 2:16-cv-2904 KJM AC P |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **SCOTT KERNAN,** | |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before March 15, 2017.

DATED: February 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE