UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODOLFO RIVAS, | No. 2:16-cv-02904 KJM AC P |
| Petitioner, | |
| vs. | ORDER (Proposed) |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner has requested that the Court enlarge time by ten days by which to file a reply to the Respondent's Answer to the petition in this matter.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Petitioner's request, ECF No. 16, is GRANTED; the reply to the answer shall be filed on or before May 25, 2017.

DATED: May 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1