UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODOLFO RIVAS,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN,<br><br>Respondent. | No. 2:16-cv-2904 KJM AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed a motion to remove his attorney and allow him to proceed pro se. ECF No. 19. Because counsel is retained and was not appointed by the court, the court has no involvement in the status of representation. If petitioner no longer wants to be represented by his attorney, he must take the matter up with his attorney. With regard to petitioner's concerns that his attorney has not taken any action since the filing of the traverse, petitioner is further advised that there is nothing for his attorney to do in this case until the petition has been ruled on. The petition is submitted for decision and will be addressed in due course. Finally, petitioner is advised that so long as he remains represented by counsel, any further pro se filings will be disregarded.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that petitioner's motion to remove counsel, ECF No. 19, is denied.

DATED: December 11, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE